1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. KORBEL & BROS., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>KOBLER ESTATE, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No. 4:21-cv-05033-HSG<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed Concurrently with Joint Stipulation of Dismissal with Prejudice*]<br><br>Action filed:  June 29, 2021 |

LARSON<sub>LLP</sub>
LOS ANGELES

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**ORDER**

Having considered the Parties' Joint Stipulation of Dismissal with Prejudice, and good cause having been shown, the Court hereby dismisses the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 9/29/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court